**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| CHRISTOPHER EDWARDS | 3-14CR-494-M |

INDICTMENT

The Grand Jury Charges:

Count One
Theft of Government Property
(Violation of 18 U.S.C. § 641)

From in or about December 2013, through on or about May 25, 2014, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Christopher Edwards**, willfully and knowingly did embezzle, steal, purloin, and knowingly convert to his use or the use of another, and did steal, convey, and dispose of, without authority, anything of value of the United States or any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, that is, approximately 15,000 gallons of diesel fuel, valued at more than $1,000, owned by the United States and the United States Postal Service, including its components, and did receive, conceal, and retain the same with intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined, and converted.

In violation of 18 U.S.C. § 641.

**Indictment – Page 1**

A TRUE BILL

*[signature]*
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*
A. JENNIFER BRAY
Special Assistant United States Attorney
Texas Bar No. 00795844
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699
Telephone: 214-659-8674
Facsimile: 214-659-8809
Email: jennifer.bray@usdoj.gov

**Indictment – Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER EDWARDS

INDICTMENT

18 U.S.C. § 641
Theft of Government Property

1 Count

A true bill rendered

DALLAS _____ FOREPERSON

Filed in open court this __16__ day of December, 2014

_____ Clerk

**WARRANT TO ISSUE**

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

No Magistrate Case Pending